UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | 8:17MJ346 (NE) |
| --- | --- | --- |
| | ) | 3:17CR158 (OH) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMIAH ARMSTRONG, | ) | |
| | ) | Magistrate Judge Bazis |
| Defendant. | ) | |

# AMENDED RULE 5 ORDER

An Indictment and Warrant having been filed in the Western Division of the Southern District of Ohio, charging the above-named defendant with 18 USC Section 2252(a)(2), and 18 USC Sections 2252(a)(4)(B) & (b)(2), and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

Additionally, defendant

☒ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

☒ The government did move for detention.

☒ Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

☒ Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

**IT IS SO ORDERED.**

DATED in Omaha, Nebraska this 6th day of October, 2017.

s/ Susan M. Bazis
U.S. Magistrate Judge